**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| | ) | Docket No. 1:25-cv-12645 |
| | ) | |
| VALCI da SILVA, | ) | |
| *Petitioner*, | ) | |
| | ) | |
| v. | ) | |
| | ) | **PETITION FOR WRIT OF** |
| PATRICIA HYDE, Field Office Director, | ) | **HABEAS CORPUS** |
| TODD LYONS, Acting Director U.S. Immigration | ) | |
| and Customs Enforcement, and KRISTI NOEM, | ) | |
| U.S. Secretary of Homeland Security, | ) | |
| *Respondents*. | ) | |
| | ) | |
| | ) | |

**PETITIONER'S NOTICE OF VOLUNTARY DISMISSAL**

Petitioner Valci da Silva, pursuant to Fed. R. Civ. P. 41(a)(1)(A), hereby voluntarily dismisses

his petition in the above-captioned matter without prejudice.

Respectfully submitted,

Date: September 26, 2025

/s/Jin-Ho King
Jin-Ho King #679528 (jk@clearsky.legal)
CLEAR SKY LEGAL PC
517 Boston Post Rd #372
Sudbury, MA 01776
Tel. (857) 382-7450 x802

*Counsel for Petitioner*

1